# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

January 9, 2018

The Honorable Alvin Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. David Shalam, 17 CR 330 (AKH)

Dear Judge Hellerstein:

    We are currently scheduled to appear before this Court in the above-captioned case on Friday, January 12, 2018 at 11:00 am. In an effort to resolve this case, we are scheduled to meet that same day with the Chief of the Criminal Division of the U.S. Attorney's Office for the Southern District of New York. We therefore request that this Court reschedule Friday's appearance to February 1, 2018 so that we may continue our plea discussions. As this is our adjournment request, we consent to excluding the period from January 12th until the adjourn date for speedy trial purposes. We have spoken to AUSA Alison Moe, who has no objection to our request.

    Thank you for your consideration.

Very truly yours,

Benjamin Brafman

cc:     AUSA Alison Moe (via ECF)