# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

August 6, 2018

**VIA ECF & FAX**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. David Shalam</u>, 17 Cr. 330 (AKH)

Dear Judge Hellerstein:

I represent Mr. Shalam in the above-referenced matter that is currently scheduled for sentencing on August 20, 2018. I write now to respectfully request that Your Honor adjourn Mr. Shalam's sentencing until after October 2, 2018. This is our first request to adjourn sentencing. We have spoken to AUSA Alison Moe, who has consents to our request.

Thank you for your consideration.

Very truly yours,

Benjamin Brafman

cc:   AUSA Alison Moe (via ECF)